NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>HARRY QUIAH,<br><br>　　　　　　Defendants. | Criminal No.: 08-087(JLL) 01<br><br><br><br>ORDER |

Please be advised that oral argument on Defendant's motion [#42] to reduce sentence has been scheduled for **Wednesday, February 22, 2012** at **11:00 a.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　Jose L. Linares,
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 1, 2012