Case 2:08-cr-00087-JLL   Document 47   Filed 02/23/12   Page 1 of 1 PageID: 133

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEW JERSEY

United States of America
v.
HARRY QUIAH

Case No: 08-00087-001
USM No: 28740-050

Date of Original Judgment: 07/28/2008
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

JOSEPH DONAHUE, ESQ.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120  months **is reduced to**  88 MONTHS  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  08/28/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/22/2012

Judge's signature

Effective Date:
*(if different from order date)*

Jose L. Linares, U.S.D.J.
*Printed name and title*